(Rev. 5/1/13)

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 3 0 2023

TONY R. MOORE, CLERK
BY: _____ WL
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

"JURY DEMAND"
STACEY CARTER                             Civil Action No. 21-1453   SEC. P
_____
Plaintiff

Prisoner # 127588
_____
VS.                                       Judge Doughty

CHIEF OF POLICE ET AL                     Magistrate Judge Hornsby
_____
Defendant

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I.  **Previous Lawsuits**

   a.  Have you begun any other lawsuit while incarcerated or detained in any facility?

       Yes [ ]     No [✓]

   b.  If your answer to the preceding question is "Yes," provide the following information.

       1.  State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

           _____

           _____

       2.  Name the parties to the previous lawsuit(s):

           Plaintiffs: _____

           Defendants: _____

       3.  Docket number(s): _____

       4.  Date(s) on which each lawsuit was filed: _____

       5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

           _____

(Rev. 5/1/13)

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [ ] No [✓]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. a. Name of institution and address of current place of confinement:

SHREVEPORT CITY JAIL 755 HOPE ST SHREVEPORT LA 71101

b. Is there a prison grievance procedure in this institution?

Yes [✓] No [ ]

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes [✓] No [ ]

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

I never received an response to both GRIEVANCE I filed.

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

a. Plaintiff, STACEY CARTER #122588

Address 755 HOPE ST. SHREVEPORT, LA 71101

Page 2 of 4

(Rev. 5/1/13)

b.  Defendant, _Mr. Ben Raymond_, is employed as _CHIEF OF POLICE_ at _SHREVEPORT CITY JAIL POLICE DEPARTMENT_

Defendant, _Ms. TAYLOR_, is employed as _SUPERVISOR_ at _SHREVEPORT CITY JAIL POLICE DEPARTMENT_.

Defendant, _Ms. ANDERSON_, is employed as _SUPERVISOR_ at _SHREVEPORT CITY JAIL POLICE DEPARTMENT_.

Additional defendants, _SEE ATTACHMENT_

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

"SEE ATTACHMENT"

ATTACHMENT

IV. Statement of Claim.

On April 27, 2021. I arrived at Shreveport City Jail where Ben Raymond is chief of police, the principle promotion of public safe. I arrived with my walker that I needed for mobility, support and balance during booking Jailor Ms. Taylor informed me that walkers are not allowed in general population I complained about my serious need for it, and the pain I would suffer without it. Ms. Taylor stated that I shouldn't have broken the law, and took way my walker, and punished me by placing me in punitive segregation based solely on my disability, where I would not benefit from participating in activities, servi like able prisoners. "DIRECT DISCRIMINATION".

On April 28, 2021 In punitive segregation where the bright lights stay on for twenty four hours a day, and lockdown for twenty three

Page 3 of 4

hours and thirty minutes a day. I was trying to walk back to my cell in Charlie segregation cell number (5) Five. I lost my balance hitting my shoulder against the table, and hip on the floor. I was taken by ambulance to Willis Knighton hospital. I suffered injuries and contusion and percocet 10 mg for pain. I never received discharge instruction, treatment, nor the pain medication prescribed for me by the treating physician.

On April 29, 2021. Still in segregation. Doctor Dixon the jail treating physician came to my cell and asked me how I was feeling. I stated in pain. I then asked doctor Dixon to be placed in general population where I can ask for help from other if I needed it.

The doctor asked me if I needed my walker for mobility. I stated YES! That's when he told me he would not approve me going into population, and suggested I remain in segregation for the remainder of my time in jail. On April 30, 2021. I submitted a complaint to Commander Adams, regarding jailer Taylor placing me in segregation solely based on my disability and the removal of

page 3 of 4

of my walker being discriminated against. Commander Adams responded. Walkers are not allowed in population. You are placed in segregation for medical reasons (Hip Problems / Trouble Walking).

On May 13, 2021 I wrote Supervisor Ms. Anderson regarding becoming a trustee, so I may earn an early release like able prisoners. She responded. You have a walking disability. and Do to your Hip problems, you cannot be placed in general population. On May 16, 2021 While in Charlie segregation shower, I slipped and hit my head on the wall and hip on the floor. Which caused me to be unconscious. When a jailor found me a woke me up and called assistance. I could not remember what happen at that time. I was rused to Shumpert Highland hospital. I received bruise contusion and a Hematoma. I was discharge and given crutches for mobility, support and balance. and Ibuprofen 800mg for pain. Upon return to the jail. jailor Ms. Taylor ordered jailor Mr. Dillserder to take away the crutches and escort me back to punitive segregation by wheelchair. Later that next day Supervisor Ms. Neal asked me to sign an incident report which I could not understand under my

page 3 of 4

condition at that moment. I explained to her that the shower was not handicap accessible. She stated the showers is accessible. Why I didn't grab the hand rail. I stated hand rails alone do not make a shower accessible under the American Disability Act Accessible Guide Lines, nor The Rehabilitation Act under Title II.

On May 18, 2021 I wrote commander Adams regarding continued stay in punitive segregation. She responded Due to your condition as well as you keep slipping and falling. You will not be able to move to population!

## CONCLUSION

All my injuries are based solely on discrimination from my physical disability, Due Process and Equal protection. under 14th Amendment. And ADA and RA.

page 3 of 4

*(Rev. 5/1/13)*

**V.  Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

$30,000 for Discrimination based solely on my Disability & $15,000 for Pain and Suffering, Opression, Persecution, Disallow, Metal Anguish, Emotional Distress, Humiliation Injustice, Punitive Segregation. And $60,000 Punitive Damages, so defendant and others won't discriminate against Disabled prisoners again. On Direct Injuries. And make every shower Handicap accessible, and allow mobility devices in general population.

**VI.  Plaintiff's Declaration**

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this  23  day of  May , 20 21 .

_____127588_____          _____/s/_____

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**          **Signature of Plaintiff**

Page 4 of 4