# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **STACEY CARTER #46844** | **CIVIL ACTION NO. 21-cv-1453 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BEN RAYMOND ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 29] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 22] is **GRANTED,** and all claims against all Defendants are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 9th day of April 2024.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**